**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES CORBISIERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:09-cv-01587 |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| BANK OF AMERICA CORPORATION | ) | Magistrate Judge Morton Denlow |
| and BANK OF AMERICA, N.A., as | ) | |
| TRUSTEE of BANK OF AMERICA | ) | |
| GROUP BENEFITS PROGRAM, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO FED. R. CIV. P. 52

Defendants Bank of America Corporation, ("BAC"), and Bank of America, N.A. ("BANA") (collectively, "Defendants") by their attorneys, Dykema Gossett PLLC, move pursuant to Fed. R. Civ. P. 52 to affirm the administrator's denial of the appeal of Plaintiff Charles Corbisiero ("Corbisiero"), dismissing Counts I, II, V and VI of Corbisiero's Complaint. The grounds for Defendants' Motion are set forth in Defendants' Memorandum in Support, which is filed herewith.

Dated:  December 17, 2009                    Respectfully submitted,

**BANK OF AMERICA CORPORATION**
**AND BANK OF AMERICA, N.A.**

By: /s/ Patrick T. Stanton
Patrick T. Stanton (pstanton@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Ste. 2300
Chicago, Illinois 60606
Phone: 312-627-2282
Fax:    312-627-2302

Paul A. Wilhelm (pwilhelm@dykema.com)
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
Phone: 313-568-6966
Fax:    313-568-6691

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed the foregoing paper using the Court's ECF system, which will send notification of such filing to the following:

Darrell J. Graham (dgraham@djgrahamlaw.com)
The Law Office of Darrell J. Graham, LLC
53 W. Jackson Blvd., Ste. 1334
Chicago, IL 60604
Phone:  (312) 922-4533

By:     /s/ Patrick T. Stanton
Patrick T. Stanton (pstanton@dykema.com)
DYKEMA GOSSETT PLLC
Attorneys for Defendants
10 S. Wacker Dr., Ste. 2300
Chicago, Illinois 60606
Phone:  312-627-2282
Fax:      312-627-2302